David BOBO, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 74512.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 22, 1998.

Dave Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, John Munson Morris, III, Kristin Marie Frazier, Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Movant appeals from the judgment dismissing his Rule 24.035 motion for post-conviction relief as untimely. He acknowledges that his motion was filed out of time. However, he challenges the constitutionality of the Rule 24.035 time requirements.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k); *State v. Blankenship,* 830 S.W.2d 1, 16 (Mo. banc 1992). The Missouri Supreme Court has held that the time limits in Rule 24.035 are constitutional and mandatory. *Day v. State,* 770 S.W.2d 692, 695 (Mo. banc 1989), *cert. denied sub nom. Walker v. Missouri,* 493 U.S. 866, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989). An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

Edward L. ALEXANDER, Claimant/Appellant,

v.

K.R. WILSON CONTRACTING, INC., Employer/Respondent.

No. ED 74361.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 22, 1998.

John L. Woodward, Stephen K. Paulus, Cuba, for appellant.

Laura A. Newberry, St. Louis, for respondent.

Before ROBERT G. DOWD, Jr., C.J., KAROHL, J., and ROBERT E. CRIST, Senior Judge.

## ORDER

PER CURIAM.

Edward L. Alexander (Claimant) appeals from the final award of the Labor and Industrial Relations Commission affirming the decision of the Administrative Law Judge and denying Claimant workers' compensation benefits. We have reviewed the briefs of the parties and the record on appeal and conclude the Commission's award is supported by competent and substantial evidence and further, is not against the overwhelming weight of the evidence. *Davis v. Research Medical Center,* 903 S.W.2d 557, 565 (Mo. App. W.D. 1995). An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).